In the Matter of the Claim of ANNA MARY CHENSKY, Respondent, against THE BEACON COMMISSARY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed as against the Glens Falls Indemnity Company, appellant carrier, and claim dismissed, with costs against the State Industrial Board, and the claim remitted for further consideration, on the ground that the policy held by the employer with the Great American Indemnity Company seems to cover the work in which the decedent was engaged. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents on the ground that the evidence is sufficient to establish the liability of the Glens Falls Indemnity Company, appellant; whether the Great American Indemnity Company is also liable is not before the court, as that question has not been raised by the appellants.

In the Matter of the Claim of VITO COLABESE, Respondent, against GENERAL BRONZE CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of SAM HICKEY, Respondent, against INGERSOLI RAND COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of ARTHUR FORCIER, Respondent, against TIDE WATER OIL SALES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, Hill and Crapser, JJ., concur; Hinman and Rhodes, JJ., dissent and vote to reverse the award and to remit the claim on the ground that there is no competent proof that the relationship of employer and employee existed between the claimant and the Tide Water Sales Corporation.